563 U.S. 1029, 131 S. Ct. 2938, 180 L. Ed. 2d 239, 2011 U.S. LEXIS 4176.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 627 F.3d 525.

**No. 10-10252. William Staples, Petitioner v. United States.**

563 U.S. 1029, 131 S. Ct. 2946, 180 L. Ed. 2d 239, 2011 U.S. LEXIS 4056.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-10255. Monty Marcellus Shelton, Petitioner v. United States.**

563 U.S. 1029, 131 S. Ct. 2946, 180 L. Ed. 2d 239, 2011 U.S. LEXIS 4031.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-10327. In re Eric W. Poirier, Petitioner.**

563 U.S. 1020, 131 S. Ct. 2949, 180 L. Ed. 2d 239, 2011 U.S. LEXIS 4068,

May 31, 2011. Petition for writ of habeas corpus denied.

**No. 10-10274. In re Steven D. Kiderlen, Petitioner.**

563 U.S. 1020, 131 S. Ct. 2947, 180 L. Ed. 2d 239, 2011 U.S. LEXIS 4039.

May 31, 2011. Petition for writ of mandamus denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 09-1088. Vincent Cullen, Acting Warden, Petitioner v. Scott Lynn Pinholster.**

563 U.S. 1029, 131 S. Ct. 2951, 180 L. Ed. 2d 239, 2011 U.S. LEXIS 4144.

May 31, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 170, 131 S. Ct. 1388, 179 L. Ed. 2d 557, 2011 U.S. LEXIS 2616.

**No. 10-7588. Michael J. Petsoules, Petitioner v. Florida.**

563 U.S. 1029, 131 S. Ct. 2951, 180 L. Ed. 2d 239, 2011 U.S. LEXIS 4122.

May 31, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 918, 131 S. Ct. 1813, 179 L. Ed. 2d 774, 2011 U.S. LEXIS 2689.